UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST DERIVATIVE TRADERS L.P., BOB PALMER and GLORIA JAMES-KING,<br><br>                                        Plaintiffs,<br>vs.<br><br>BAUSCH & LOMB, INC., RONALD L. ZARRELLA, ALAN M. BENNETT, CATHERINE M. BURZIK, DOMENICO DE SOLE, PAUL A. FRIEDMAN, JONATHAN S. LINEN, RUTH R. MCMULLIN, LINDA JOHNSON RICE, WILLIAM H. WALTRIP, BARRY W. WILSON, KENNETH L. WOLFE,<br><br>                                        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.<br>07-CV-06412T |

WHEREAS, the parties to the above-captioned action (the "Action") reached an agreement providing for the resolution of this litigation as part of a global settlement of a class action entitled *In re Bausch & Lomb Inc. Buyout Litigation*, Index No. 07/6384, in New York Supreme Court, Monroe County (the "State Court Action"), pursuant to an Order and Final Judgment entered in the State Court Action on or about February 8, 2008; and

WHEREAS, the parties have agreed to dismissal of this Action with prejudice as a condition of the settlement of the State Court Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this Action, as follows:

1.    This Action shall be dismissed with prejudice in accordance with the Stipulation and the Order and Final Judgment entered in the State Court Action.

| | |
|---|---|
| Dated: <u>February 15, 2008</u> | Dated: <u>February 15, 2008</u> |
| NIXON PEABODY LLP | BLITMAN & KING LLP |
| By: <u>/s/ Carolyn G. Nussbaum</u><br>    Carolyn G. Nussbaum<br>    Clinton Square<br>    P.O. Box 31051<br>    Rochester, NY  14603-1051<br>    (585) 263-1000 | By: <u>/s/ Jules L. Smith</u><br>    Jules L. Smith<br>    16 West Main Street, Suite 207<br>    Rochester, NY 14614<br>    (585) 232-5600 |
| WACHTELL, LIPTON, ROSEN & KATZ<br>William D. Savitt<br>51 West 52nd Street<br>New York, NY  10019<br>(212) 403-1000 | WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>Gregory M. Nespole<br>Mark C. Rifkin<br>Matthew M. Guiney<br>Martin Restituyo<br>270 Madison Avenue<br>New York, NY 10016<br>(212) 545-4600 |
| *Attorneys for Defendants* | HARWOOD FEFFER LLP<br>Robert I. Harwood<br>Samuel K. Rosen<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br>(212) 935-7400 |
| | SQUITIERI & FEARON, LLP<br>Lee Squitieri<br>32 East 57th Street, 12th Floor<br>New York, NY 10022<br>(212) 421-6492 |
| | THE WEISER LAW FIRM, P.C.<br>Patricia C. Weiser<br>Debra S. Goodman<br>Sandra G. Smith<br>121 North Wayne Avenue, Suite 100<br>Wayne, PA 19087<br>(610) 225-2677 |
| | LAW OFFICES OF MARC S. HENZEL<br>Marc S. Henzel<br>273 Montgomery Street, Suite 202<br>Bala Cynwyd, PA 19004<br>(610) 660-8800 |
| | *Attorneys for Plaintiffs* |

- 3 -

SO ORDERED:

   S/ MICHAEL A. TELESCA
Hon. Michael A. Telesca, U.S.D..J.

Dated:  February 21, 2008